RECEIVED

JUL 1 0 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **ROBERT REGISTER** | * | **CIVIL ACTION NO. 12-3074** |
| **VERSUS** | * | **JUDGE TOM STAGG** |
| **CREDIT BUREAU OF THE SOUTH, INC., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint, be, and is hereby DISMISSED, with prejudice. Fed.R.Civ.P. 41(b).

THUS DONE AND SIGNED in chambers, Shreveport, Louisiana, this 10th day of July, 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE